CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

OCT 09 2015

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **JAMES PAUL DESPER,** | ) | Case No. 7:14-cv-00668 |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | By:  Michael F. Urbanski |
| **JOHN WOODSON,** | ) | United States District Judge |
| Respondent. | ) | |

## FINAL ORDER

In accordance with the written Memorandum Opinion entered this day, it is hereby **ORDERED** that Respondent's motion to dismiss (Doc. No. 9) is **GRANTED**; the petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254 is **DISMISSED**; a certificate of appealability is **DENIED**; and the action is **STRICKEN** from the active docket of the court.

The Clerk shall send a copy of this Order and the accompanying Memorandum Opinion to Petitioner and Respondent.

Entered: October 9, 2015

/s/ Michael F. Urbanski

Michael F. Urbanski
United States District Judge